UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LARRY DEAN COURIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HARTLEY MARINE LLC, | ) | |
| | ) | No. 3:08-CV-113 |
| Intervening Plaintiff, | ) | (Shirley) |
| | ) | |
| v. | ) | |
| | ) | |
| TATE & LYLE INGREDIENTS | ) | |
| AMERICAS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 19], on Hartley Marine LLC's Motion to Intervene. [Doc. 24] Harley Marine LLC ("Hartley") seeks leave of the Court to intervene in this matter. As grounds, Hartley states that it has paid workers' compensation benefits to and/or on behalf of plaintiff Larry Dean Currier and thus argues that intervention is necessary to allow it to protect its subrogation interest. Hartley further argues that Tennessee law provides an absolute right of intervention in this matter. Tenn. Code. Ann. § 50-6-112(c)(1). The parties have not responded to Hartley's motion to intervene, and the time for doing so has passed. E.D.TN. LR 7.1(a), 7.2.

For good cause shown, Hartley's motion to intervene [Doc. 24] is hereby **GRANTED**. Hartley shall have ten days from the entry of this Order to file its Intervening Complaint.

**IT IS SO ORDERED.**

                **ENTER:**

                  s/ C. Clifford Shirley, Jr.
                United States Magistrate Judge